168 So.2d 105

**STATE of Louisiana**

**v.**

**Willie LEA.**

**No. 47504.**

Oct. 26, 1964.

The application is denied. Applicant is not entitled to the remedy sought. See LSA–R.S. 15:154.

168 So.2d 105

**STATE of Louisiana**

**v.**

**Patrick H. GUIDRY, Sr.**

**No. 47503.**

Oct. 28, 1964.

In re: Patrick H. Guidry, Sr., applying for writs of certiorari, prohibition and mandamus.

Writs refused. There are no perfected bills and there are no errors patent on the face of the record.